THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIFFANY ROBINS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-72-SDJ-BD |
| | § | |
| IMP METRO WEST LLC, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 20, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #6), that Plaintiff Tiffany Robins's claims against Defendants IMP Metro West LLC, Voyager Indemnity Ins, and Voyager Indemnity Ins be dismissed for lack of subject-matter jurisdiction.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

1

**So ORDERED and SIGNED this 27th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE